**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>       v.<br><br>ESTHER GUADALUPE GARIBAY CHIRINOS,<br><br>                            Defendant. | Case No.:  20CR2871-JM<br><br>I N F O R M A T I O N<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony) |

The United States Attorney charges:

COUNT 1

On or about August 11, 2020, within the Southern District of California, defendant ESTHER GUADALUPE GARIBAY CHIRINOS did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides and fertilizers, that is, four one-liter bottles of "Arquia 18 CE", thirty one-liter bottles of "Metralla Max", eleven one-liter bottles of "Palgus", twelve one-liter bottles of "Ami Krone", thirty one-liter bottles of "Hortimec", twenty-four one-liter bottles of "Magister", and nine one-kilogram

//

packages of "Gro Green Campbell Fertalizante", respectively, in violation of Title 18, United States Code, Section 545.

DATED: Sept. 16, 2020

ROBERT S. BREWER, JR.
United States Attorney

*Melanie K. Pierson*

MELANIE K. PIERSON
Assistant U.S. Attorney